# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MACARTHUR-BROOKS ESTATE, ET AL., | No. CV 25-2812-E |
| Plaintiffs, | |
| v. | JUDGMENT |
| GREGORY KEITH, ET AL., | |
| Defendants. | |

Pursuant to the "Order of Dismissal," this action is dismissed without prejudice.

Dated: May 23, 2025.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE